ORIGINAL

FILED
U.S. DISTRICT COURT

2009 MAY 19 PM 3: 17

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MIGUEL JACKSON, )
)
    Plaintiff, )
)
v. ) CV 309-010
)
DERRICK SCHOFIELD, TIM SPIRES, )
and JOE BURNETTE, )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this ___ day of May, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE